UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIZABETH HATCH, CHARLES HATCH, BOBBY HATCH, KELLEY HATCH and KATIE HATCH,

Plaintiffs,

v.

KEN GROSINGER, Deputy Sheriff, BOB FLETCHER, Sheriff, in their individual capacities and as Sheriff Officials of Ramsey County; COUNTY OF RAMSEY, and DOES 1-15 inclusive,

Defendants.

CIVIL NO. 01-1906 (RHK/AJB)

**AMENDED** PRETRIAL
SCHEDULING ORDER

**Pursuant to the Parties' Stipulation to Amend the Pretrial Scheduling Order and** pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

January 18, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

February 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Filed JUN 19 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| **December 1, 2002 -** | By Plaintiffs |
| **February 1, 2003 -** | By Defendants |

**March 1, 2003** - All discovery of any kind shall be commenced in time to be completed by this date.

**March 1, 2003 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling **Kathy Thobe, Calendar Clerk to Magistrate Judge Arthur J. Boylan, (651) 848-1210.** All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

March 1, 2003 - All dispositive motions shall be served and filed by the parties and heard by the Court. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, (651) 848-1166. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than May 1, 2003. The parties estimate that trial of this Jury matter will take 2-3 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 3 experts.

Each party may call no more than 3 experts at trial.

Dated: June 19, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

This Order is being issued consistent with Magistrate Judge Mason's oral ruling at the motions hearing before him on June 5, 2002.

AJB