UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elizabeth and Charles Hatch and their children, Robby, Kelley and Katie Hatch,

Plaintiffs,

v.

KEN GROSINGER, Deputy Sheriff, BOB FLETCHER, Sheriff, in their individual capacities, and as Sheriff Officials of Ramsey County; COUNTY OF RAMSEY, and DOES 1-15 inclusive,

Defendants.

Case Number: 01-1906 RHK/~~JMM~~ AJB

**ORDER**

---

Based on the Stipulation of Partial Dismissal of Claim with Prejudice entered by the parties herein through their attorneys, all the files, records and proceedings herein, and for good cause shown,

**IT IS HEREBY ORDERED:**

The Third Cause of Action (Intentional Infliction of Emotional Distress) is hereby dismissed with prejudice.

Dated: 9/22/02

BY THE COURT

~~ARTHUR J. BOYLAN~~ RK
United States ~~Magistrate~~ District Judge

OCT 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elizabeth and Charles Hatch and their children, Robby, Kelley and Katie Hatch,

Plaintiffs,

v.

KEN GROSINGER, Deputy Sheriff, BOB FLETCHER, Sheriff, in their individual capacities, and as Sheriff Officials of Ramsey County; COUNTY OF RAMSEY, and DOES 1-15 inclusive,

Defendants.

Case Number: 01-1906 RHK/~~JMM~~ AJB

**STIPULATION OF PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Minn. R. Civ. P. 41.01(1) the parties through their attorneys stipulate that the following cause of action be dismissed with prejudice:

Third Cause of Action
(Intentional Infliction of Emotional Distress)

McClay·Alton, P.L.L.P.

Robert M. McClay #69620
Attorneys for Plaintiffs
951 Grand Avenue
St. Paul, MN 55105
651-290-0301

Dated: September 25, 2002

SUSAN E. GAERTNER
RAMSEY COUNTY ATTORNEY

C. David Dietz #22810
Assistant County Attorney
560 RCGC-WEST
50 West Kellogg Boulevard
St. Paul, MN 55102-1556
651-266-3035

Dated: October 3, 2002

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______