UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MAY, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning May 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By April 16, 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By April 23, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By April 29, 2003: Responses to the Written Objections.

Dated: March 1, 2003

RICHARD H. KYLE
United States District Judge

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Huber and Sons Inc.<br>et al<br><br>vs CV 01-1583 RHK/AJB<br>JURY<br><br>Service Corporation Int'l | Michael Schwartz<br>952-937-5655<br><br><br><br><br>Steve Rau<br>612-333-9500 |
| 2. | Elizabeth Hatch<br>et al<br><br>v CV 01-1906 RHK/AJB<br>JURY<br><br>Ken Grosinger, Deputy Sheriff<br>et al | Robert Mclay<br>651-290-0301<br><br><br><br><br>Carl Dietz<br>651-266-3111 |
| 3. | Robert E. Mattke<br>et al<br><br>vs CV 01-1941 RHK/JGL<br>JURY<br><br>Claude Deschamps MD<br>et al | James Lindell<br>612-339-8811<br>Steven Shindler<br>515-223-4567<br><br><br><br>Paul Klaas<br>612-340-2600<br>Ann Decker<br>612-492-7000 |

| | | |
|---|---|---|
| 4. | Four D Corporation | Eric Nystrom<br>612-371-3211 |
| | vs CV 01-2073 RHK/AJB<br>JURY | |
| | Dutchland Plastics Corporation | David Orenstein<br>612-333-2111<br>William Winkle<br>920-458-5501 |
| 5. | Derinda Taylor<br>et al | Albert Goins Sr.<br>612-339-3848 |
| | vs CV 02-945 RHK/RLE<br>JURY | |
| | City of Bloomington<br>et al<br>et al | Paul Reuvers<br>952-548-7200 |